IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS,<br>    NEW MEXICO CHAPTER;<br>NORTHERN NEW MEXICO INDEPENDENT<br>    ELECTRICAL CONTRACTORS;<br>NEW MEXICO ROOFING CONTRACTORS<br>ASSOCIATION; NEW MEXICO CHAPTER<br>AMERICAN FIRE SPRINKLER ASSOCIATION;<br>NATIONAL UTILITY CONTRACTORS OF<br>    NEW MEXICO;<br>SHUMATE CONSTRUCTORS, INC.;<br>KAUFMAN FIRE PROTECTION SYSTEMS, INC.;<br>REID & ASSOCIATES, INC.;<br>MECHANICAL CONCEPTS LTD. CO.;<br>MICHAEL S. RICH CONTRACTORS, INC.;<br>NEW MEXICO METAL SYSTEMS, LLC ;<br>TLC PLUMBING & UTILITY, INC.;<br>HIGHWAY SUPPLY, LLC;<br>PELLETIER CONSTRUCTION, INC.;<br>PLATINUM BUILDERS CORPORATION; and<br>SDV CONSTRUCTION, INC.,<br><br>        Plaintiffs,<br>vs.<br><br>STATE OF NEW MEXICO, ex rel.<br>Department of Workforce Solutions; Department<br>of Workforce Solutions-Labor Relations Division;<br>BETTY SPARROW DORIS, in her official capacity;<br>FRANCIE CORDOVA, in her official capacity,<br><br>        Defendants. | Docket No. 1:09-cv-546 |

## PLAINTIFFS' SUPPLEMENT TO THEIR MOTION TO FILE A SURREPLY

What follows will supplement Plaintiffs' Opposed Motion to File Surreply to Defendants' Reply (Document 31).

On October 22, 2009 at approximately 10:40 a.m., Plaintiffs' counsel contacted Defendants' counsel Andrea Buzzard to ascertain whether Defendants would oppose

Plaintiffs' Motion to File a Surreply to Defendants' Reply (Documents 28 and 29). Ms. Buzzard stated she would have to check with co-counsel Melanie Carver and get back to Plaintiffs' counsel, which shortly thereafter she did, and advised Plaintiffs' counsel that Plaintiffs' Motion was opposed. Thereafter, Plaintiffs' counsel prepared a motion to file surreply but did not immediately file it. At 5:13 p.m. on October 22, 2009, Ms. Carver filed notice that briefing was complete (Document 30). Ms. Carver filed this notice with knowledge that Plaintiffs would be filing a motion for leave to file a surreply which Plaintiffs did the morning of October 23, 2009 (Document 31).

Respectfully submitted by:

**BINGHAM, HURST & APODACA, P.C.**

_____
Wayne E. Bingham
Attorneys for Plaintiffs
3908 Carlisle N.E.
Albuquerque, NM 87107
(505) 881-4545

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent via first class mail to all counsel entitled to notice as follows on this 26th day of October, 2009:

| | |
|---|---|
| Melanie Diane Carver<br>Office of the Attorney General<br>111 Lomas Blvd., NW, #300<br>Albuquerque, NM 87107 | Andrea R. Buzzard<br>Office of the Attorney General<br>P.O. Box 1508<br>Santa Fe, NM 87504-1508 |

_____
Wayne E. Bingham

2